

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*David Inkeles*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
david.inkeles@usdoj.gov

*main: (973) 645-2700*
*direct:(973) 645-2813*

May 2, 2025

SO ORDERED this __5th__ day of __May__ 20__25__

*Christine P. O'Hearn*
United States District Judge

**Via ECF**
Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

Re:   *Munoz-Saucedo v. Pittman, et al.*, No. 25-2258 (CPO)
       Request to File Overlength Brief

Dear Judge O'Hearn:

This Office represents Respondents Yolanda Pittman, John T. Tsoukaris, and Kristi Noem in this habeas action, filed pursuant to 28 U.S.C. § 2241. We respectfully write to ask the Court to allow Respondents an additional seven pages over the thirty-page limit for briefs in 12-point proportional font set by L. Civ. R. 7.2(d) for our brief in support of Respondents' answer to the petition and opposition to Petitioner's motion for a temporary restraining order, filed on April 30, 2025. *See* ECF No. 9.

We make this request because Petitioner's petition for a writ of habeas corpus asserts complicated legal issues regarding his detention pursuant to 8 U.S.C. § 1231, the revocation of supervised release precipitating that detention, and pending removal to an alternate country. Counsel for Petitioner has consented to this request. We would, of course, consent to a similar extension of the page limit for Petitioner's reply brief. Thank you for considering this request.

Respectfully submitted,

ALINA HABBA
United States Attorney

By: *s/ David Inkeles*
      DAVID W. INKELES
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:    Counsel of Record (By ECF)