# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORACIO MUNOZ-SAUCEDO, | Civil Action |
| Petitioner, | No. 25-2258 (CPO) |
| v. | |
| YOLANDA PITTMAN, et al., | **ORDER** |
| Respondents. | |

**O'HEARN, District Judge.**

Before the Court is Petitioner's Reply, where he argues, among other things, that his "removal is not reasonably foreseeable because there is no country in the world to which he may be removed." (ECF No. 12, at 20–23.) The Court will order Respondents to submit supplemental briefing that addresses Petitioner's arguments on that point. In particular, Respondents must address: (1) whether Petitioner's removal is reasonably foreseeable and, if so, why and provide a full and complete factual basis for such assertion; (2) what efforts, if any, the Government has taken to effectuate Petitioner's removal to a third country since December 15, 2022; and (3) the results or status of all such efforts. Accordingly,

IT IS, on this 6th day of May 2025,

**ORDERED** that Respondents shall file supplemental briefing that addresses the issues discussed above by May 12, 2025; and it is further

**ORDERED** that Petitioner shall have until May 19, 2025, to file a supplemental brief in response.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**