# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HORACIO MUNOZ-SAUCEDO,

             Petitioner,

  v.

YOLANDA PITTMAN, *et al.*,

             Respondents.

No. 1:25-cv-02258 (CPO)

**WRIT OF HABEAS CORPUS AD SUBJICIENDUM**

**O'HEARN, District Judge.**

    **THIS MATTER** comes before the Court on the Petition for Writ of Habeas Corpus filed by Petitioner Horacio Munoz-Saucedo ("Petitioner"), (ECF No. 1); and

    **THIS MATTER** is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, filed to challenge the legality of the Petitioner's detention. The Petitioner is currently being held in custody by the Respondents at the El Paso Service Processing Center, in El Paso Texas[1].

    IT IS, on this 5th day of June 2025,

    **ORDERED** that the Clerk of the Court shall add the Warden of the El Paso Service Processing Center, as a Respondent in this matter; and it is further

    **ORDERED** that the Warden of the El Paso Service Processing Center is hereby COMMANDED to produce the Petitioner before this Court for an in-person hearing before the Honorable Christine P. O'Hearn, U.S.D.J. on **June 9, 2025, at 9:00 a.m**., at Courtroom 5A of Mitchell H. Cohen & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08102; and it is further

---

[1] This is based upon information submitted by the Government. The Government shall notify the Court immediately upon receipt of this Order if the Petitioner's location has changed.

2

**ORDERED** that Respondents Tsoukaris and Noem, shall coordinate and assist in the production of the Petitioner before this Court for the hearing above; and it is further

**ORDERED** if the said Warden so elects, the United States Marshal for the District of New Jersey or any other duly authorized Deputy United States Marshal is authorized to receive the Petitioner into possession at and under safe and secure conduct to have Petitioner before United States District Judge at the time and place aforesaid, for the purpose aforesaid.

*/s/ Christine P. O'Hearn*
**CHRISTINE P. O'HEARN**
**United States District Judge**