# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORACIO MUNOZ-SAUCEDO,<br><br>*Petitioner*,<br><br>v.<br><br>YOLANDA PITTMAN, *et al.*,<br><br>*Respondents*. | Hon. Christine P. O'Hearn, U.S.D.J.<br><br>Civil Action No. 25-2258 (CPO)<br><br>**ORDER** |

## ORDER

This matter having come before the Court on the Petition for Writ of Habeas Corpus filed by Petitioner Horacio Munoz-Saucedo. Having considered the record, and for the reasons stated on the record on June 9, 2025, as well as those to be set forth in a forthcoming written opinion,

IT IS on this ninth day of June, 2025, ORDERED as follows:

1. Petitioner Horacio Munoz-Saucedo is hereby ordered released from custody immediately;

2. Petitioner's release remains subject to the conditions of release dictated in his Order of Supervision, dated March 14, 2023, and subject to appropriate conditions of supervised release;

3. If U.S. Immigration and Customs Enforcement ("ICE") deems these conditions insufficient, ICE shall modify the conditions through appropriate administrative process after Petitioner's release from detention. *See* 8 C.F.R. § 241.13(h)(1).

SO ORDERED:

_____
HON. CHRISTINE P. O'HEARN